UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:16–cv–06385–JAK–JPR          Date   10/26/2017

Title      FACTORY MUTUAL INSURANCE COMPANY V. ONE SOURCE
LOGISTICS, LLC

Present   The Honorable JOHN A. KRONSTADT, UNITED STATES DISTRICT
JUDGE

|          Anel Huerta          |          Not Reported          |
|:-----------------------------:|:------------------------------:|
|         Deputy Clerk          |     Court Reporter / Recorder  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---------------------------------:|:---------------------------------:|
|           Not Present             |           Not Present             |

**Proceedings:**      **(IN CHAMBERS) ORDER DISMISSING CASE WITHOUT
PREJUDICE (JS-6)**

In light of the parties' Notice of Settlement, the Court orders that this action is
dismissed without prejudice. The Court retains jurisdiction to vacate this Order and
to reopen the action within 30 days from the date of this Order, provided, however,
any request by any party(ies) that the Court do so, shall make a showing of good
cause as to why the settlement has not been completed within the 30-day period,
what further settlement processes are necessary, and when the party(ies) making
such a request reasonably expect the process to be concluded. This Order does
not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed.
R. Civ. P. 41, which does not require the approval of the Court. Such stipulation
shall be filed within the aforementioned 30-day period, or by such later date
ordered by the Court pursuant to a stipulation by the parties that conforms the
requirements of a showing of good cause stated above.

                                                                              :00
                                                        Initials of Preparer:  ah